UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: KRISTIN CALDWELL  
1860 LLANFAIR RD  
MONTGOMERY, AL 36106

CASE NO: 16-32136-DHW

Soc. Sec. No. XXX-XX-5998  
Debtor.

**AMENDED**  
**INCOME WITHHOLDING ORDER**

TO: FRANK CRUM STAFFING  
ATTN PAYROLL  
100 S MISSOURI AVE  
CLEARWATER, FL 33756

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that FRANK CRUM STAFFING withhold from the wages, earnings, or other income of this debtor the sum of **$201.00 WEEKLY** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
16-32136-DHW KRISTIN CALDWELL  
P O BOX 613108  
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, May 9, 2017.

cc: Debtor  
Debtor's Attorney

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge