# UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re: <u>Kristin Caldwell</u>   Case No. <u>16-32136-DHW</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Planet Home Lending, LLC.</u>   <u>Fairway Independent Mortgage Corporation</u>
Name of Transferee   Name of Transferor

Name and Address where notices to transferee should be sent:
<u>Planet Home Lending, LLC</u>
<u>321 Research Parkway, Suite 303</u>
<u>Meriden, CT 06450</u>

Court Claim # (if known): <u>6-1</u>
Amount of Claim: <u>$110,277.34</u>
Date Claim Filed: <u>10/24/2016</u>

Phone: _____
Last Four Digits of Acct. #: <u>8464</u>

Phone: _____
Last Four Digits of Acct #: <u>0784</u>

Name and Address where transferee payments should be sent (if different from above):
<u>Planet Home Lending, LLC.</u>
<u>PO Box 660016</u>
<u>Dallas, TX 75266-0016</u>

Phone: _____
Last Four Digits of Acct #: <u>0784</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephen Bulgarella   Date: <u>7/25/17</u>
Stephen Bulgarella (BUL-021)
Enslen Crowe (CRO-098)
/Diane C. Murray (MUR-048) *dcm*
Donald M. Wright (WRI-021)

Title: Attorney of Record for Transferee
Address: 2311 Highland Avenue South, Ste. 500
Birmingham, AL 35205-2973

Phone: 205-918-5083

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.